# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01946-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

JECKONIAS N. MURAGARA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Jeckonias N. Muragara, currently resides in Greeley, Colorado.  Mr. Muragara has submitted *pro se* a Title VII Complaint and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this order.  Mr. Muragara will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Muragara files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915:**
(1) ___ is not submitted
(2) ___ is not on proper form (must use the Court's current form)
(3) ___ is missing original signature by Plaintiff
(4) ___ is missing affidavit
(5) ___ affidavit is incomplete
(6) ___ affidavit is not notarized or is not properly notarized
(7) ___ names in caption do not match names in caption of complaint, petition or application
(8) _X_ other: Plaintiff fails to indicate on page 1, paragraph 1, whether or not he wants the United States Marshals Service to serve process.

**Complaint or Petition**:
(9)  __  is not submitted
(10)  X  is not on proper form (<u>must use all pages of the Court's current form</u>)
(11)  __  is missing an original signature by Plaintiff
(12)  X  is incomplete (<u>fails to provide statement of claims and supporting factual allegations, relying instead on attached documents</u>)
(13)  __  uses et al. instead of listing all parties in caption
(14)  __  names in caption do not match names in text
(15)  __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  X  other: <u>Must not include Social Security number.</u>

Accordingly, it is

ORDERED that Mr. Muragara cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Mr. Muragara files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Muragara shall obtain the Court-approved forms used in filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and use those forms in curing the designated deficiencies It is

FURTHER ORDERED that if Mr. Muragara fails to cure the designated deficiencies **within thirty days from the date of this order** the action will be dismissed without further notice.

DATED August 6, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge