**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01946-BNB
(**The above civil action number must appear on all future papers
  sent to the court in this action.  Failure to include this number
  may result in a delay in the consideration of your claims.**)

JECKONIAS N. MURAGARA,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

      Defendant.

---

### ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

      Plaintiff, Jeckonias N. Muragara, currently resides in Greeley, Colorado.  Mr.

Muragara has submitted *pro se* a Title VII Complaint and a Motion and Affidavit for

Leave to Proceed Pursuant to 28 U.S.C. § 1915.

      As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has

determined that the submitted documents are deficient as described in this order.  Mr.

Muragara will be directed to cure the following if he wishes to pursue his claims.  Any

papers that Mr. Muragara files in response to this order must include the civil action

number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:

(1)   __   is not submitted
(2)   __   is not on proper form (must use the Court's current form)
(3)   __   is missing original signature by Plaintiff
(4)   __   is missing affidavit
(5)   __   affidavit is incomplete
(6)   __   affidavit is not notarized or is not properly notarized
(7)   __   names in caption do not match names in caption of complaint, petition or application
(8)   _X_   other:  Plaintiff fails to indicate on page 1, paragraph 1, whether or not he wants the United States Marshals Service to serve process.

**Complaint or Petition**:

(9)    __    is not submitted
(10)   X     is not on proper form (must use all pages of the Court's current form)
(11)   __    is missing an original signature by Plaintiff
(12)   X     is incomplete (fails to provide statement of claims and supporting factual allegations, relying instead on attached documents)
(13)   __    uses et al. instead of listing all parties in caption
(14)   __    names in caption do not match names in text
(15)   __    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)   X     other: Must not include Social Security number.

Accordingly, it is

ORDERED that Mr. Muragara cure the deficiencies designated above **within thirty days from the date of this order**.  Any papers that Mr. Muragara files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that Mr. Muragara shall obtain the Court-approved forms used in filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Title VII Complaint, along with the applicable instructions, at www.cod.uscourts.gov, and use those forms in curing the designated deficiencies  It is

FURTHER ORDERED that if Mr. Muragara fails to cure the designated deficiencies **within thirty days from the date of this order** the action will be dismissed without further notice.

DATED August 6, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland_____
United States Magistrate Judge